## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| LANCE R. SLAYTON and TERRIE SLAYTON, | Bankruptcy Case No. 05-44430-HRT<br>Chapter 7 |
| Debtors. | |
| EDWARD P. MEADE, | |
| Plaintiff, | |
| v. | Adversary Proceeding 06-1028 HRT |
| LANCE R. SLAYTON, | |
| Defendants. | |

### ORDER HOLDING NOTICE OF APPEAL IN ABEYANCE

THIS MATTER comes before the Court upon Defendant's Notice of Appeal filed on October 4, 2007. The Court, having reviewed the file and being advised in the premises,

FINDS that:

1. Plaintiff filed his Motion to Alter or Amend Judgment (the "Motion") on October 2, 2007. Upon the filing of the Motion, the Court entered an Order for Filing a Response on October 3, 2007.

2. Under Rule 8002(b), a notice of appeal filed after judgment but before a motion filed under Rule 9023 is disposed of is ineffective until the motion is ruled on.

Therefore, it is

**ORDERED** that the Court will hold Defendant's Notice of Appeal in abeyance until it has disposed of Plaintiff's Motion to Alter or Amend Judgment.

DATED this 9th day of October, 2007.

BY THE COURT:

*Howard Tallman*

Howard R. Tallman, Chief Judge
United States Bankruptcy Court