# UNITED STATES BANKRUPTCY APPELLATE PANEL
## OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE LANCE SLAYTON, also known as Lance R. Slayton; officer, director, shareholder Slayt Construction, Inc.; member of Montana Development LLC; member of Mandalay Development LLC; member of New Leaf Management LLC; officer, director, shareholder Slayt Mortgage; member of The Edge VIP Lounge; officer, director, shareholder U.S. Electricric Corporation; officer, director, shareholder Allied Plumbing, Inc.; and TERRIE SLAYTON, <br><br> Debtors. | BAP No. CO-08-023 <br><br> United States <br> Bankruptcy Appellate Panel <br> of the Tenth Circuit <br><br> A True Copy <br> Barbara A. Schermerhorn, Clerk <br> Attested by: _____ <br> Deputy Clerk |
| EDWARD P. MEADE, <br><br> Plaintiff – Appellant, <br><br> v. <br><br> LANCE R. SLAYTON, <br><br> Defendant – Appellee. | Bankr. No. 05-44430-HRT <br> Adv. No. 06-01028-HRT <br> Chapter 7 <br><br> ORDER TRANSFERRING APPEAL TO U.S. DISTRICT COURT <br><br> March 14, 2008 |

Lance R. Slayton, an appellee in this appeal, has timely filed an objection to the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED that:

(1) This appeal is transferred to the United States District Court for the District of Colorado.

(2) Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3) Pending completion of the record, the case file is transmitted

to the United States Bankruptcy Court. It is requested that the Bankruptcy Court acknowledge receipt of the case file listed above by returning one copy of this order, signed in the space indicated below.

For the Panel:

Barbara A. Schermerhorn, Clerk of Court

By: /s/
Deputy Clerk

Please acknowledge receipt of the case file listed above.

Dated: 3/17/08

Signed: Christine Eckhardt
Bankruptcy Court Deputy Clerk