IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-02099-AP**

**In re: LANCE R. SLAYTON and
TERRI SLAYTON**,

        Debtors.

**EDWARD P. MEADE,**

        Appellee,

v.

**LANCE R. SLAYTON,**

        Appellant.

# ORDER

**KANE, J. ORDERS**

The court has reviewed the Appellant's Response to the Court's Order to Show Cause (doc. #20), filed May 18, 2008. Appellant has until the close of business on **June 20, 2008** to provide proof of payment for the record in this appeal or this case will be dismissed without further notice.

DATED at Denver, Colorado this 20th day of May, 2008.

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT